IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CAROL B., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:17-CV-02291-C-BN |

## ORDER

The Court considered the Findings, Conclusions, and Recommendation entered by the Magistrate Judge on July 27, 2018. No objection was filed by any party. The Court finds that the Findings, Conclusions, and Recommendation should be **ADOPTED** and the hearing decision **REVERSED**.

Accordingly, the Court ORDERS that this case be **REMANDED** to the Commissioner pursuant to 42 U.S.C. § 405(g), for further adjudication consistent with the content of the Findings, Conclusions, and Recommendation.

Dated this 17th day of August, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE